ALDEN J. PARKER (SBN 196808)
E-Mail: aparker@fisherphillips.com
ROBERT A. SARKISIAN (SBN 327364)
E-Mail: rsarkisian@fisherphillips.com
FISHER & PHILLIPS LLP
621 Capitol Mall, Suite 1400
Sacramento, California 95814
Telephone: (916) 210-0400
Facsimile: (916) 210-0401

Attorneys for Defendants
SAN JOAQUIN VALLEY COLLEGE, INC.
dba SAN JOAQUIN VALLEY COLLEGE
and KEN GUERRERO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER ROUSH,<br><br>          Plaintiff,<br><br>   v.<br><br>SAN JOAQUIN VALLEY COLLEGE; KEN GUERRERO, and DOES 1 through 30, inclusive,<br><br>          Defendants. | Case No:  1:21-CV-00556-NONE-BAM<br><br>[*Removed from Tulare County Superior Court, Case No.* VCU285798]<br><br>**STIPULATION TO EXTEND DEFENDANTS KENNETH GUERRERO AND SAN JOAQUIN VALLEY COLLEGE'S TIME TO FILE RESPONSIVE PLEADING TO COMPLAINT; ORDER**<br><br>Complaint Filed: February 2, 2021<br>Removal Date: April 1, 2021 |

      This stipulation is entered by and between Defendants SAN JOAQUIN VALLEY COLLEGE and KENNETH GUERRERO (collectively, "Defendants") and Plaintiff Jennifer Roush, through their respective undersigned counsel, as follows:

      WHEREAS, on April 1, 2021, Defendants removed the Complaint in this action filed by Plaintiff in the Tulare County Superior Court to this Court;

      WHEREAS, after removal, the matter was assigned to the Honorable Barbara A. McAuliffe;

///

1
STIPULATION TO EXTEND DEFENDANTS KENNETH GUERRERO AND SAN JOAQUIN VALLEY COLLEGE'S TIME TO FILE RESPONSIVE PLEADING TO COMPLAINT; ORDER

FP 40359963.1

WHEREAS, Defendants contemplate filing a motion to dismiss and motion to strike various causes of action and paragraphs in Plaintiff's Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) and 12(f) respectively;

WHEREAS, pursuant to Federal Rule of Civil Procedure 81(c)(2)(C), the deadline for Defendants to file their responsive pleading is currently April 22, 2021, and there has been one previous request to extend this deadline;

WHEREAS, pursuant to E.D. Cal. L.R. 144(a), the parties hereby stipulate to extend the time for Defendants to file a responsive pleading to the Complaint to allow them time to meet and confer on Defendants' contemplated motions, pursuant to Judge Dale A. Drozd's Standing Order;

NOW, THEREFORE THE PARTIES HEREBY STIPULATE AND AGREE, through their respective undersigned counsel, that the time for Defendants to respond to Plaintiff's Complaint is extended through and including April 29, 2021.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated:  April 19, 2021                      Respectfully submitted,

                                            FISHER & PHILLIPS LLP


                                            By: */s/ Robert A. Sarkisian*
                                            ALDEN J. PARKER
                                            ROBERT A. SARKISIAN

                                            Attorneys for Defendants
                                            SAN JOAQUIN VALLEY COLLEGE, INC.


Dated:  April 19, 2021                      WILLIAM L. SCHMIDT ATTORNEY AT LAW P.C.


                                            By: */s/ Marguerite E. Meade*
                                            WILLIAM L. SCHMIDT
                                            MARGUERITE E. MEADE

                                            Attorneys for Plaintiff
                                            JENNIFER ROUSH

**ORDER**

Pursuant to the Parties stipulation, and good cause appearing, the Court HEREBY GRANTS the request. The Defendants shall file a responsive pleading no later than April 29, 2021.

IT IS SO ORDERED.

Dated:   **April 21, 2021**            /s/ *Barbara A. McAuliffe*
                              UNITED STATES MAGISTRATE JUDGE