UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER ROUSH,<br><br>           Plaintiff,<br><br>      v.<br><br>SAN JOAQUIN VALLEY COLLEGE, INC., and KEN GUERRERO,<br><br>           Defendants. | Case No.  1:21-cv-00556-JLT-BAM<br><br>**ORDER GRANTING STIPULATION OF THE PARTIES TO MOVE HEARING DATE ON PLAINTIFF'S MOTION TO AMEND SCHEDULING ORDER TO EXTEND TIME FOR NON-EXPERT DISCOVERY** (Doc. 22) |

On October 14, 2022, Plaintiff Jennifer Roush filed a motion to amend the initial scheduling order in this matter to extend the time for non-expert discovery.  The motion was noticed for hearing before District Judge Jennifer L. Thurston for November 21, 2022.  (Doc. 20.)  On October 17, 2022, the motion was reset for hearing on November 10, 2022, before the undersigned.  (Doc. 21.)

On October 26, 2022, the parties filed the instant stipulation to move the hearing date from November 10, 2022, to November 17 or November 18, 2022.  (Doc. 22.)  The parties explain that Plaintiff's counsel, Marguerite Meade, will be out of the country from October 31, 2022, through November 16, 2022, and Plaintiff's counsel, William L. Schmidt, also will be unavailable and out of town on November 10, 2022.  (*Id.*)

Having considered the parties' stipulation, and cause appearing, Plaintiff's request to continue the hearing date is GRANTED.  The hearing on Plaintiff's Motion to Amend Scheduling

1

Order to Extend Time for Non-Expert Discovery (Doc. 20) is continued from 11/10/2022 to **November 18, 2022, at 10:00 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe**.  The parties are reminded that briefing on the motion is governed by Local Rule 230, effective March 1, 2022, and is not extended or otherwise modified based on the continued hearing date.

IT IS SO ORDERED.

Dated:   **October 27, 2022**          /s/ *Barbara A. McAuliffe*  
                                    UNITED STATES MAGISTRATE JUDGE